# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| M. HOWARD ROTE, JR. | * | |
| Plaintiff | * | |
| v | * | Civil Action No. PJM-10-912 |
| WARDEN | * | |
| Defendant | * | |
| | *** | |

## ORDER

The above-captioned case was initiated upon receipt of correspondence from Plaintiff concerning conditions of confinement in the various prisons where he has been incarcerated and the lack of appropriate care for his physical and mental health issues.  Paper No. 1.  The correspondence does not clearly indicate if Plaintiff intends to proceed with a civil rights complaint and, if so, against whom the Complaint is being filed.  In addition, Plaintiff did not pay the $350 filing fee and did not file a Motion To Proceed In Forma Pauperis.  Plaintiff will be required to either pay the fee or file a motion before a civil rights case may proceed.  Using the forms Plaintiff must supplement the filing with the names of the individuals whom he alleges are responsible for the alleged abuse he states has occurred.

Accordingly, it is this 23rd day of April, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

Plaintiff IS GRANTED 30 days from the date of this Order to file an amended Complaint;

Plaintiff IS GRANTED 30 days from the date of this Order to file a Motion To Proceed In Forma

Pauperis or to pay the full $350.00 filing fee; and

The Clerk IS DIRECTED to MAIL a copy of this order together with a civil rights packet to Plaintiff.

/s/
PETER J MESSITTE
UNITED STATES DISTRICT JUDGE